| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __**11**__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                                04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**          **Deep Operating, LLC, a Texas Limited Liability Company**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**      _4_  _6_  –  _5_  _2_  _5_  _1_  _5_  _3_  _3_

4. **Debtor's address**

   **Principal place of business**

   **9545 Katy Freeway, Suite 400**
   Number     Street

   _____

   **Houston**                    **TX**    **77024**
   City                          State   ZIP Code

   **Harris**
   County

   **Mailing address, if different from principal place of business**

   **PO Box 9337B Katy Freeway, #104**
   Number     Street

   _____
   P.O. Box

   **Houston**                    **TX**    **77024**
   City                          State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number     Street

   _____

   _____
   City                          State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other.  Specify: _____

Debtor __**Deep Operating, LLC, a Texas Limited Liability Company**__          Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                                          MM / DD / YYYY
         District _____  When _____  Case number _____
                                                          MM / DD / YYYY
         District _____  When _____  Case number _____
                                                          MM / DD / YYYY

Debtor **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases.  If more than 1, attach a separate list.

Debtor _____          Relationship _____

District _____          When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____          Relationship _____

District _____          When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**          *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____
City                    State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known) _____

| 14. | **Estimated number of creditors** | | | | | |
|---|---|---|---|---|---|---|
| | | ☐ 1-49 | | ☐ 1,000-5,000 | | ☐ 25,001-50,000 |
| | | ☑ 50-99 | | ☐ 5,001-10,000 | | ☐ 50,001-100,000 |
| | | ☐ 100-199 | | ☐ 10,001-25,000 | | ☐ More than 100,000 |
| | | ☐ 200-999 | | | | |

| 15. | **Estimated assets** | | | | | |
|---|---|---|---|---|---|---|
| | | ☐ $0-$50,000 | | ☐ $1,000,001-$10 million | | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | | ☐ $10,000,001-$50 million | | ☐ $1,000,000,001-$10 billion |
| | | ☑ $100,001-$500,000 | | ☐ $50,000,001-$100 million | | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | | ☐ $100,000,001-$500 million | | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | | | | | |
|---|---|---|---|---|---|---|
| | | ☐ $0-$50,000 | | ☑ $1,000,001-$10 million | | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | | ☐ $10,000,001-$50 million | | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | | ☐ $50,000,001-$100 million | | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | | ☐ $100,000,001-$500 million | | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17.  **Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
          MM / DD / YYYY

X  **/s/ Javier Arellano** _____          **Javier Arellano** _____
   Signature of authorized representative of debtor          Printed name

Title **Chief Executive Officer** _____

18.  **Signature of attorney**          X  **/s/ John V. Burger** _____          Date _____
          Signature of attorney for debtor          MM / DD / YYYY

          **John V. Burger** _____
          Printed name

          **Burger Law Firm** _____
          Firm name

          **4151 Southwest Freeway** _____
          Number          Street

          **Suite 770** _____

          **Houston** _____          **TX**          **77027** _____
          City          State          ZIP Code

          **(713) 960-9696** _____          **bankruptcy@burgerlawfirm.com** _____
          Contact phone          Email address

          **03378650** _____
          Bar number          State

**Fill in this information to identify the case:**

Debtor    **Deep Operating, LLC, a Texas Limited Liability Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
    amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.  Go to Part 2.
☑ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Burger Law Firm**

**4151 SW Frwy #770**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

**Houston     TX    77027**

Date or dates debt was incurred

**05/19/2017**

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(_____)  **Attorney Fees**

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

**Internal Revenue Service**

**P O Box 7346**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$45,001.75**     **$45,001.75**

**Philadelphia     PA    19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

Basis for the claim:
**Payroll Taxes - 940/941 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Deep Operating, LLC, a Texas Limited Liability Company**    Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,328.80** |

**448 Supply, Inc.**

**PO Box 1274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Giddings                    TX      78942**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **8   0   0   1**

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |

**A2D Technologies, Inc.**

**PO Box 733255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas                        TX      75373**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **E   0   0   1**

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,501.00** |

**Acme Trucking, Inc.**

**PO Box 415000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nashville                    TN      37241**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **E   0   0   1**

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,329.00** |

**ARS Contracting, LLC**

**PO Box 384**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Jourdanton                TX      78025**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0   0   0   1**

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,726.10 |
|---|---|---|---|

**Bulldog Well Services**

**PO Box 781394**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**          **TX**     **78278**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   **L   0   0   1**

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,348.88 |
|---|---|---|---|

**Cactus Pipe & Supply**

**One Greenway Plaza, Suite 325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**     **77046**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   **C   0   0   1**

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |
|---|---|---|---|

**CasedHole Solutions**

**PO Box 267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Weatherford**          **TX**     **73096**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   **S   0   0   2**

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,168.32 |
|---|---|---|---|

**COT Oil Tool, Inc.**

**PO Box 1619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Giddings**          **TX**     **78942**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   **T   0   0   1**

---

Debtor **Deep Operating, LLC, a Texas Limited Liability Company**    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,913.07** |

**Diamond P Lease & Wells Services, Inc.**
**PO Box 203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dime**                        **TX**    **77853**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **A   0   0   1**

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,445.00** |

**Diversified Well Logging, Inc.**
**PO box 670327**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                      **TX**    **75267**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **V   0   0   1**

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40,899.48** |

**Donlyn Energy Associates, Inc.**
**9610 W. Pedernales River Drive**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Cypress**                     **TX**    **77433**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **N   0   0   1**

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$81,000.00** |

**H & V Equipment Services Inc.**
**Harris & Greenwell**
**One Shore Plaza**
**800 North Shoreline #2800-S**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Corpus Christi**              **TX**    **78411**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     ___  ___  ___  ___

Debtor    **Deep Operating, LLC, a Texas Limited Liability Company**         Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

| 3.13 | Nonpriority creditor's name and mailing address |

**Herman J. Schellstede & Associates, Inc.**

**109 Bridge**

_____

**New Iberia**              **LA**      **70563**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$389,934.30**

---

| 3.14 | Nonpriority creditor's name and mailing address |

**John W. Mecom, III**

**4 Mott Lane**

_____

**Houston**              **TX**      **77024**

Date or dates debt was incurred          _____

Last 4 digits of account number          **C  0  0  3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$46,056.98**

---

| 3.15 | Nonpriority creditor's name and mailing address |

**M1 Transportation, LLC**

**11814 FM 1462**

_____

**Alvin**              **TX**      **77511**

Date or dates debt was incurred          _____

Last 4 digits of account number          **1  0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,300.00**

---

| 3.16 | Nonpriority creditor's name and mailing address |

**Mesa Southern Well Servicing**

**1437 E Street**

_____

**Jourdanton**              **TX**      **78026**

Date or dates debt was incurred          _____

Last 4 digits of account number          **S  0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$98,188.33**

---

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,532.92 |

**Miller Consulting, Inc.**

**1000 West Avenue**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Austin**          **TX**    **78701**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **L    0    0    1**

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.00 |

**Pioneer Oilfield Trucking, Inc.**

**PO Box 5774**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Victoria**          **TX**    **77903**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **O    0    0    1**

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,536.84 |

**Premier Pressure Pumping, Inc.**

**PO Box 3567**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Longview**          **TX**    **75606**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **E    0    0    1**

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81,272.60 |

**Pruitt's Frac Tanks**

**c/o Melton Norcorss**

**2591 Dallas Parkway #300**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Frisco**          **TX**    **75034**

Basis for the claim: **Unsecured Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.21** Nonpriority creditor's name and mailing address

RI-NU Environmental Services Milano, LL

PO Box 95457

Grapevine                    TX      76099-9752

Date or dates debt was incurred

Last 4 digits of account number      R   I   N   U

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$1,300.00**

---

**3.22** Nonpriority creditor's name and mailing address

Roywell, LLC

3040 Post Oak Blvd, Suitte 1450

Houston                      TX      77056

Date or dates debt was incurred

Last 4 digits of account number      Y   0   0   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$16,255.94**

---

**3.23** Nonpriority creditor's name and mailing address

Spike Trust Consulting

1707 Post Oak Blvd, Suite 301

Houston                      TX      77056

Date or dates debt was incurred

Last 4 digits of account number      P   I   K   E

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$126,041.63**

---

**3.24** Nonpriority creditor's name and mailing address

State of Texas

Revenue Accounting Division

Bankruptcy Division

P.O. Box  13528

Austin                       TX      78711-3528

Date or dates debt was incurred

Last 4 digits of account number      __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,316.00 |

**Texas Swabbing Services, Inc.**

**PO Box 5781**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Kingsville          TX      78364**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    E   X   0   3

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,580.00 |

**TNH Transport**

**PO Box 1276**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Portland          OR      78374**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    H   0   0   1

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,785.58 |

**TOMAX**

**25614 Windy Isle CT**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Spring          TX      77389**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    M   0   0   1

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81,023.39 |

**TP Services**

**PO Box 421328**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston          TX      77242**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    P   0   0   1

---

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.29 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Weatherford - Precision Energy Services**

**PO Box 301003**

_____

**Dallas**                    **TX**      **75303**

**Date or dates debt was incurred**

**Last 4 digits of account number**      **A   0   0   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,318.55

| 3.30 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Yellow Jacket Oilfield Services, LLC**

**PO Box 678349**

_____

**Dallas**                    **TX**      **75267**

**Date or dates debt was incurred**

**Last 4 digits of account number**      **L   0   0   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$40,425.38

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **American Arbitration Assoc**<br>**13727 Noel Rd #700**<br><br>**Dallas                    TX      75240** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.2   **Andrew Greenwell**<br>**Harris & Greenwell**<br>**One Shoreline Plaza**<br>**800 N. Shoreline Blvd, Sutie 2800-S**<br>**Corpus Christi          TX      78401** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.3   **Andrew Myers**<br>**ATT: William K Andrews, Esq**<br>**3900 Essex Lane #800**<br><br>**Houston                  TX      77027-5198** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.4   **Deep Exploration LLC**<br>**9745 KAty Frwy**<br><br>**Houston                  TX      77024** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.5   **Diamond P Lease & Service Inc.**<br>**c/o Nisimblat & Basart PLLC**<br>**301 E. Third St, Box  4154**<br>**Alice, TX 7833-4154** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.6   **E. F. Mano De Ayala, Esq.**<br>**2229 San Felipe #1000**<br><br>**Houston                  TX      77019** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.7**   **Giancarlo Nisimblat, Esq.**

**c/o Nisimblat & Basart PLLC**

**301 E. Third St, Box  4154**

**Alice, TX 7833-4154**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

---

**4.8**   **Glenn Deadman, Esq.**

**Glenn Deadman, PC**

**1515 St. Mary's Street**

**San Antonio          TX     78215**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

---

**4.9**   **Internal Revenue Service**

**SPB - Insolvency Section I**

**1919 Smith, Stop 5024-HOU**

**Houston          TX     77002**

Line _____

☑ Not listed.  Explain:
**Federal tax**

___ ___ ___ ___

---

**4.10**   **Javier Arellan0**

**9545 Katy Frwy #400**

**Houston          TX     77024**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

---

**4.11**   **Key #1**

**Cambi Lynn Key**

**8417 Wildwood Circle**

**College Station     TX     77845**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

---

**4.12**   **Mesa Southern Well Servicing, LP**

**c/o Doré Law Group, PC**

**17171 Park Row, Suite 160**

**Houston          TX     77084**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

---

**4.13**   **Owens Grindle #1**

**Corey McIrwin**

**501 1/2 Miller St**

**Rockdale          TX     76567**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

Debtor    **Deep Operating, LLC, a Texas Limited Liability Company**    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Phoenix Services LLC** | Line _____ | __ __ __ __ |
| | **c/o Phoenix Services LLC** | ☑ Not listed. Explain: | |
| | **REg Agent MARK H FISHER** | **Notice Only** | |
| | **10260 WESTHEIMER RD STE 24** | | |
| | **HOUSTON        TX     77042-3147** | | |
| 4.15 | **Pruitt Frac Tanks** | Line _____ | __ __ __ __ |
| | **c/o Phoenix Services LLC** | ☑ Not listed. Explain: | |
| | **REg Agent MARK H FISHER** | **Notice Only** | |
| | **10260 WESTHEIMER RD STE 24** | | |
| | **HOUSTON        TX     77042-3147** | | |
| 4.16 | **Pruitt Frac Tanks** | Line _____ | __ __ __ __ |
| | **10260 WESTHEIMER RD STE 240** | ☑ Not listed. Explain: | |
| | | **Notice Only** | |
| | **HOUSTON        TX     77042-3147** | | |
| 4.17 | **RN Von Gonten #1** | Line _____ | __ __ __ __ |
| | **RN Van Gonten #2** | ☑ Not listed. Explain: | |
| | **Robert Von Gonten** | **Notice Only** | |
| | **2425 CR 302** | | |
| | **Rockdale        TX     76567** | | |
| 4.18 | **Texas Workforce Commission** | Line _____ | __ __ __ __ |
| | **TEC Bldg. - Bankruptcy** | ☑ Not listed. Explain: | |
| | **101 E. 15th Street, Room 354** | **Unsecured Debt** | |
| | **Austin        TX     78778-0001** | | |
| 4.19 | **Thornton #1** | Line _____ | __ __ __ __ |
| | **c/o Clayton B** | ☑ Not listed. Explain: | |
| | **Po Box 309** | **Notice Only** | |
| | **Rockdale        TX     76567** | | |
| 4.20 | **U.S. Department of the Treasury** | Line _____ | __ __ __ __ |
| | **Internal Revenue Service** | ☑ Not listed. Explain: | |
| | | **Federal tax** | |
| | **Austin        TX     73301-0030** | | |

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.21 | **US Attorney** <br> **Southern District of Texas** <br> **1000 Louisiana, Ste. 2300** <br><br> **Houston**      **TX**      **77002** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.22 | **William K. Andrews** <br> **Andrews Myers** <br> **3900 Essex Lane, Suite 800** <br><br> **Houston**      **TX**      **77027** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known) _____

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $45,001.75 |
| 5b. | **Total claims from Part 2** | 5b. + | $1,247,308.09 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,292,309.84 |

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re **Deep Operating, LLC, a Texas Limited Liability Company**           Case No. _____

                                                                          Chapter    **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................Fixed Fee:    **$20,000.00**

   Prior to the filing of this statement I have received.......................................    **$20,000.00**

   Balance Due.............................................................................................    **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td>

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<br><br>

_____    **/s/ John V. Burger**
<br>
            *Date*                     *John V. Burger*                  Bar No.  03378650
<br>
                                        Burger Law Firm
<br>
                                        4151 Southwest Freeway
<br>
                                        Suite 770
<br>
                                        Houston TX 77027
<br>
                                        Phone: (713) 960-9696 / Fax: (713) 961-4403

</td></tr>
</table>

   **/s/ Javier Arellano**
_____
<br>
***Javier Arellano***
<br>
***Chief Executive Officer***

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    <u>**Deep Operating, LLC, a Texas Limited Liability Company**</u>

United States Bankruptcy Court for the: <u>**SOUTHERN DISTRICT OF TEXAS**</u>

Case number
(if known)    <u>_____</u>

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | H&V Equipment Services, Inc. 442 Highway 77 Corpus Christi, TX 78410 | | Business Debt | Contingent Unliquidated Disputed | $853,963.23 | $0.00 | $853,963.23 |
| 2 | Herman J. Schellstede & Associates, Inc. 109 Bridge New Iberia, LA 70563 | | Business Debt | Contingent Unliquidated Disputed | | | $389,934.30 |
| 3 | Spike Trust Consulting 1707 Post Oak Blvd, Suite 301 Houston, TX 77056 | | Business Debt | | | | $126,041.63 |
| 4 | Mesa Southern Well Servicing 1437 E Street Jourdanton, TX 78026 | | Business Debt | | | | $98,188.33 |
| 5 | Pruitt's Frac Tanks c/o Melton Norcorss 2591 Dallas Parkway # 300 Frisco, TX 75034 | | Unsecured Debt | | | | $81,272.60 |

Debtor     **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known) _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  TP Services PO Box 421328 Houston, TX 77242 | | Business Debt | | | | $81,023.39 |
| 7  H & V Equipment Services Inc. Harris & Greenwell One Shore Plaza 800 North Shoreline # 2800-S | | Business Debt | Contingent Unliquidated Disputed | | | $81,000.00 |
| 8  Cactus Pipe & Supply One Greenway Plaza, Suite 325 Houston, TX 77046 | | Business Debt | | | | $76,348.88 |
| 9  John W. Mecom, III 4 Mott Lane Houston, TX 77024 | | Business Debt | | | | $46,056.98 |
| 10  Internal Revenue Service P O Box 7346 Philadelphia, PA  19101-7346 | | Payroll Taxes - 940/941 Taxes | | | | $45,001.75 |
| 11  ARS Contracting, LLC PO Box 384 Jourdanton, TX 78025 | | Business Debt | Contingent Unliquidated Disputed | | | $43,329.00 |
| 12  Donlyn Energy Associates, Inc. 9610 W. Pedemales River Drive Cypress, TX 77433 | | Business Debt | Contingent Unliquidated Disputed | | | $40,899.48 |
| 13  Yellow Jacket Oilfield Services, LLC PO Box 678349 Dallas, TX 75267 | | Business Debt | | | | $40,425.38 |

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**   Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Premier Pressure Pumping, Inc. PO Box 3567 Longview, TX 75606 | | Business Debt | | | | $28,536.84 |
| 15  Bulldog Well Services PO Box 781394 San Antonio, TX 78278 | | Business Debt | | | | $26,726.10 |
| 16  Weatherford - Precision Energy Services PO Box 301003 Dallas, TX 75303 | | Business Debt | | | | $25,318.55 |
| 17  Roywell, LLC 3040 Post Oak Blvd, Suitte 1450 Houston, TX 77056 | | Business Debt | | | | $16,255.94 |
| 18  Radial Drilling Services, Inc. 4921 Spring Cypress Spring, TX 77379 | | Business Debt | | $14,896.00 | $0.00 | $14,896.00 |
| 19  Texas Swabbing Services, Inc. PO Box 5781 Kingsville, TX 78364 | | Business Debt | | | | $8,316.00 |
| 20  Diamond P Lease & Wells Services, Inc. PO Box 203 Dime, TX 77853 | | Business Debt | | | | $6,913.07 |

448 Supply, Inc.
PO Box 1274
Giddings, TX 78942


A2D Technologies, Inc.
PO Box 733255
Dallas, TX 75373


Acme Trucking, Inc.
PO Box 415000
Nashville, TN 37241


American Arbitration Assoc
13727 Noel Rd #700
Dallas, TX 75240


Andrew Greenwell
Harris & Greenwell
One Shoreline Plaza
800 N. Shoreline Blvd, Sutie 2800-S
Corpus Christi, TX 78401

Andrew Myers
ATT: William K Andrews, Esq
3900 Essex Lane #800
Houston, TX 77027-5198


ARS Contracting, LLC
PO Box 384
Jourdanton, TX 78025


Bulldog Well Services
PO Box 781394
San Antonio, TX 78278


Burger Law Firm
4151 SW Frwy #770
Houston, TX 77027

Cactus Pipe & Supply
One Greenway Plaza, Suite 325
Houston, TX 77046


CasedHole Solutions
PO Box 267
Weatherford, TX 73096


COT Oil Tool, Inc.
PO Box 1619
Giddings, TX 78942


Deep Exploration LLC
9745 KAty Frwy
Houston TX 77024


Diamond P Lease & Service Inc.
c/o Nisimblat & Basart PLLC
301 E. Third St, Box  4154
Alice, TX 7833-4154


Diamond P Lease & Wells Services, Inc.
PO Box 203
Dime, TX 77853


Diversified Well Logging, Inc.
PO box 670327
Dallas, TX 75267


Donlyn Energy Associates, Inc.
9610 W. Pedemales River Drive
Cypress, TX 77433


E. F. Mano De Ayala, Esq.
2229 San Felipe #1000
Houston TX 77019

Giancarlo Nisimblat, Esq.
c/o Nisimblat & Basart PLLC
301 E. Third St, Box  4154
Alice, TX 7833-4154


Glenn Deadman, Esq.
Glenn Deadman, PC
1515 St. Mary's Street
San Antonio, TX 78215


H & V Equipment Services Inc.
Harris & Greenwell
One Shore Plaza
800 North Shoreline #2800-S
Corpus Christi, TX 78411

H&V Equipment Services, Inc.
442 Highway 77
Corpus Christi, TX 78410


Herman J. Schellstede & Associates, Inc.
109 Bridge
New Iberia, LA 70563


Internal Revenue Service
SPB - Insolvency Section I
1919 Smith, Stop 5024-HOU
Houston, TX  77002


Internal Revenue Service
P O Box 7346
Philadelphia, PA  19101-7346


Javier Arellan0
9545 Katy Frwy #400
Houston TX 77024


John W. Mecom, III
4 Mott Lane
Houston, TX 77024

Key #1
Cambi Lynn Key
8417 Wildwood Circle
College Station, TX 77845


M1 Transportation, LLC
11814 FM 1462
Alvin, TX 77511


Mesa Southern Well Servicing
1437 E Street
Jourdanton, TX 78026


Mesa Southern Well Servicing, LP
c/o Doré Law Group, PC
17171 Park Row, Suite 160
Houston, TX 77084


Miller Consulting, Inc.
1000 West Avenue
Austin, TX 78701


Owens Grindle #1
Corey McIrwin
501 1/2 Miller St
Rockdale TX 76567


Phoenix Services LLC
c/o Phoenix Services LLC
REg Agent MARK H FISHER
10260 WESTHEIMER RD STE 24
HOUSTON, TX 77042-3147


Pioneer Oilfield Trucking, Inc.
PO Box 5774
Victoria, TX 77903


Premier Pressure Pumping, Inc.
PO Box 3567
Longview, TX 75606

```
Pruitt Frac Tanks
10260 WESTHEIMER RD STE 240
HOUSTON, TX 77042-3147


Pruitt Frac Tanks
c/o Phoenix Services LLC
REg Agent MARK H FISHER
10260 WESTHEIMER RD STE 24
HOUSTON, TX 77042-3147

Pruitt's Frac Tanks
c/o Melton Norcorss
2591 Dallas Parkway #300
Frisco, TX 75034


Radial Drilling Services, Inc.
4921 Spring Cypress
Spring, TX 77379


RI-NU Environmental Services Milano, LL
PO Box 95457
Grapevine, TX 76099-9752


RN Von Gonten #1
RN Van Gonten #2
Robert Von Gonten
2425 CR 302
Rockdale, TX 76567

Roywell, LLC
3040 Post Oak Blvd, Suitte 1450
Houston, TX 77056


Spike Trust Consulting
1707 Post Oak Blvd, Suite 301
Houston, TX 77056


State of Texas
Revenue Accounting Division
Bankruptcy Division
P.O. Box  13528
Austin, TX 78711-3528
```

Texas Swabbing Services, Inc.
PO Box 5781
Kingsville, TX 78364


Texas Workforce Commission
TEC Bldg. - Bankruptcy
101 E. 15th Street, Room 354
Austin, TX  78778-0001


Thornton #1
c/o Clayton B
Po Box 309
Rockdale, TX 76567


TNH Transport
PO Box 1276
Portland, OR 78374


TOMAX
25614 Windy Isle CT
Spring, TX 77389


TP Services
PO Box 421328
Houston, TX 77242


U.S. Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0030


US Attorney
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002


Weatherford - Precision Energy Services
PO Box 301003
Dallas, TX 75303

William K. Andrews
Andrews Myers
3900 Essex Lane, Suite 800
Houston, TX 77027


Yellow Jacket Oilfield Services, LLC
PO Box 678349
Dallas, TX 75267