**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **17-33626-H5-11**      Chapter      **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**                 **Deep Operating, LLC, a Texas Limited Liability Company**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**     4   6   –   5   2   5   1   5   3   3

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9545 Katy Freeway, Suite 400** | **PO Box 9337B Katy Freeway, #104** |
| Number     Street | Number     Street |
| | P.O. Box |
| **Houston**            **TX**      **77024** | **Houston**            **TX**      **77024** |
| City                State    ZIP Code | City                State    ZIP Code |
| **Harris** | Location of principal assets, if different from principal place of business |
| County | |
| | Number     Street |
| | |
| | City                State    ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**       ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                             ☐ Partnership (excluding LLP)
                             ☐ Other. Specify:

Debtor __Deep Operating, LLC, a Texas Limited Liability Company__     Case number (if known) __17-33626-H5-11__

**7.   Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes*

____  ____  ____  ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                                              MM / DD / YYYY

District _____  When _____  Case number _____
                                                              MM / DD / YYYY

District _____  When _____  Case number _____
                                                              MM / DD / YYYY

Debtor **Deep Operating, LLC, a Texas Limited Liability Company**      Case number (if known) __17-33626-H5-11__

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes.  Debtor _____  Relationship _____ |
| | List all cases.  If more than 1, attach a separate list. | District _____  When _____<br>MM / DD / YYYY |
| | | Case number, if known _____ |
| | | Debtor _____  Relationship _____ |
| | | District _____  When _____<br>MM / DD / YYYY |
| | | Case number, if known _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**      *(Check all that apply.)*

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
Number       Street

_____

_____       ____   _____
City                                  State   ZIP Code

**Is the property insured?**

☐  No
☐  Yes.   Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and adminstrative information

**13.  Debtor's estimation of available funds**

*Check one:*

☑  Funds will be available for distribution to unsecured creditors.
☐  After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Deep Operating, LLC, a Texas Limited Liability Company**   Case number (if known) **17-33626-H5-11**

| 14. **Estimated number of creditors** | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| 15. **Estimated assets** | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ▉ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X **/s/ Javier Arellano**                          **Javier Arellano**
Signature of authorized representative of debtor      Printed name

Title **Chief Executive Officer**

18. **Signature of attorney**

X **/s/ John V. Burger**                          Date _____
Signature of attorney for debtor                      MM / DD / YYYY

**John V. Burger**
Printed name

**Burger Law Firm**
Firm name

**4151 Southwest Freeway**
Number        Street

**Suite 770**

**Houston**                          **TX**      **77027**
City                                   State      ZIP Code

**(713) 960-9696**                          **bankruptcy@burgerlawfirm.com**
Contact phone                              Email address

**03378650**
Bar number                                 State

**Fill in this information to identify the case**

Debtor name  **Deep Operating, LLC, a Texas Limited Liability Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-33626-H5-11**
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of
   debtor's interest**

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking account with Amegy Bank** | **Checking account** | 5 6 5 8 | **$1.51** |
| 3.2. | **Checking account with Amegy Bank** | **Checking account** | 5 6 6 6 | **$2.81** |
| 3.3. | **Checking account/Certificate of Deposit to secure Texas Railroad Commission operator's bond.** | **Checking account** | 3 7 7 5 | **$50,020.00** |

4.  **Other cash equivalents**     *(Identify all)*

   Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$50,024.32**

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known) __17-33626-H5-11__
　　　　　Name

|  | | **Current value of debtor's interest** |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1. | **Operator's Bond with the Texas Railroad Commission.  On deposit with Chase Bank.  Bond for clean up and shut down.** | **$50,000.00** |
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| **9.** | **Total of Part 2.** Add lines 7 through 8.  Copy the total to line 81. | **$50,000.00** |

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

**11.   Accounts receivable**

|  | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | **$0.00** face amount | – | **$0.00** doubtful or uncollectible accounts | = ............. ➔   **$0.00** |
| 11b. | Over 90 days old: | **$1,222,250.79** face amount | – | **$0.00** doubtful or uncollectible accounts | = ............. ➔   **$1,222,250.79** |

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                 **$1,222,250.79**

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☐ No.  Go to Part 5.
☒ Yes.  Fill in the information below.

|  | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity:                                    % of ownership: | | |
| 15.1. | **100% owenrship in Windrush Operating, LLC Company is not working.  It has a 30% working interest in an oil and gas field in California but the leases have expired, there is no production, and delay rentals have not been paid.  The company has significant liabilities and limited assets.  There is no realizable marketable value in this entity.**                    **100%** | **1.00** | **$1.00** |

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known)   **17-33626-H5-11**
　　　　　　Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

　　　　Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | **$1.00** |

---

### Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

　　☐  No.  Go to Part 6.
　　☑  Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| **2500 linear feet of 1 1/4" tubing.** | | **$12,000.00** | | **$12,000.00** |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | **$12,000.00** |

24. **Is any of the property listed in Part 5 perishable?**
　　☑  No
　　☐  Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　☑  No
　　☐  Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　☑  No
　　☐  Yes

---

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

　　☑  No.  Go to Part 7.
　　☐  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| | **$0.00** |

---

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**    Case number (if known)  **17-33626-H5-11**
         Name

**34.  Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$0.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.

☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**        Case number (if known)   **17-33626-H5-11**
         Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                                    | **$0.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☒ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **1600 acres in Milam County, TX.**<br>**Milam County, TX**<br>**Model Joint Operating Agreement**<br>**between, Debtor, PPV Energy, LLC,**<br>**and Deep Energy Exploration**<br>**PartnersI LLC.  This project is**<br>**commonly referred to as "Sleeping**<br>**Giant".** | Leasehold | | | Unknown |
| 55.2. **Township 8 South, Range 5 East, St.**<br>**Martin Parish, Louisiana.  This field is**<br>**commonly known as "Arnauldville**<br>**Field Area**<br>**Parcel: Township 8 South, Ra**<br>**Arnauldville Field Area**<br>**Model Joint Operating Agreement,**<br>**dated June 24, 2014; in St. Martin**<br>**Parish, Louisiana.  Township 8**<br>**South, Range 5 East** | Leasehold | | | Unknown |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.   | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor **Deep Operating, LLC, a Texas Limited Liability Company**        Case number (if known) **17-33626-H5-11**
Name

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | | |
| **61.  Internet domain names and websites** | | | | |
| **62.  Licenses, franchises, and royalties** | | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | | |
| **64.  Other intangibles, or intellectual property** | | | | |
| **65.  Goodwill** | | | | |
| **66.  Total of Part 10.** Add lines 60 through 65.  Copy the total to line 89. | | | | **$0.00** |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.  Notes receivable** | |
| Description (include name of obligor) | |
| **72.  Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **Net Operating Loss  for 2016**                    Tax year **2016** | **$200,221.84** |
| **73.  Interests in insurance policies or annuities** | |
| **74.  Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known)   **17-33626-H5-11**
      Name

**75.** **Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

    **Mechanic's and Materialman's Lien; Debtor has a claim against ARS Contracting Services, LLC**
    **for contribution, indemnification for not paying subcontractor H & V Equipment Services for**
    **equipment rentals**                                                                                                  **Unknown**

    Nature of claim          **Breach of Contract**

    Amount requested

    **Herman Schellestede owes Debtor approximately $253,800 for damages for service provider's**
    **faulty services.  May be subject to counter-claims and offsets.**                                  **Unknown**

    Nature of claim          **Breach of Contract**

    Amount requested

    **Debtor may have a claim against O'Connor Group, LLC for breach of contract, fraud, tortious**
    **interference with a business relationship.**                                                        **Unknown**

    Nature of claim          **Breach of Contract, etc.**

    Amount requested

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                                                  **$200,221.84**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**        Case number (if known)  __17-33626-H5-11__
Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $50,024.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $50,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,222,250.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $200,221.84 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | $1,534,497.95 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.............................................  **$1,534,497.95**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Deep Operating, LLC, a Texas Limited Liability Company** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number | **17-33626-H5-11** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1.  Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2.  List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>**ARS Contracting, LLC** | **Describe debtor's property that is subject to a lien**<br>**Mechanic's and Materialman's Lien** | **$43,329.00** | **$0.00** |
| **Creditor's mailing address**<br>**PO Box 384** | **Describe the lien**<br>**Business Debt / Statutory Lien** | | |
| | **Is the creditor an insider or related party?** | | |
| **Jourdanton         TX    78025** | ☑ No<br>☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** | | |
| | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number     0   0   0   1** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| **Do multiple creditors have an interest in the same property?** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| ☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |
| **For Milam County, TX: 1) ARS Contracting, LLC; 2) H&V Equipment Services, Inc.; 3) Mesa Southern Well Servicing; 4) Radial Drilling Services, Inc.. For Mechanic's and Materialman's Lien; Debtor has a claim agains: 1) ARS Contracting, LLC; 2) H&V Equipment Services, Inc..** | | | |

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                     **$385,610.83**

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known) **17-33626-H5-11**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.2**

Creditor's name
**H&V Equipment Services, Inc.**

Creditor's mailing address
**442 Highway 77**

_____

**Corpus Christi          TX     78410**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account
number                          **n   t   o   n**

Do multiple creditors have an interest in
the same property?

☐  No
☑  Yes.  Have you already specified the
        relative priority?

   ☐  No.  Specify each creditor, including this
           creditor, and its relative priority.

   ☑  Yes.  The relative priority of creditors is
            specified on lines **2.1**

Describe debtor's property that is
subject to a lien

**Working Interest - M & M Lien**

Describe the lien

**Business Debt / Statutory Lien**

Is the creditor an insider or related party?
☑  No
☐  Yes

Is anyone else liable on this claim?
☑  No
☐  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑  Contingent
☑  Unliquidated
☑  Disputed

**$85,396.23**          **$0.00**

**2.3**

Creditor's name
**Internal Revenue Service**

Creditor's mailing address
**P O Box 7346**

_____

**Philadelphia          PA    19101-7346**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account
number                          ___   ___   ___   ___

Do multiple creditors have an interest in
the same property?

☑  No
☐  Yes.  Have you already specified the
        relative priority?

   ☐  No.  Specify each creditor, including this
           creditor, and its relative priority.

   ☐  Yes.  The relative priority of creditors is
            specified on lines _____

Describe debtor's property that is
subject to a lien

**All Debtor's assets**

Describe the lien

**Payroll Taxes - 940/941 Taxes / Statutory Lien**

Is the creditor an insider or related party?
☑  No
☐  Yes

Is anyone else liable on this claim?
☑  No
☐  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**$49,666.61**          **$0.00**

Debtor **Deep Operating, LLC, a Texas Limited Liability Company**    Case number (if known) **17-33626-H5-11**

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.4**

Creditor's name
**Mesa Southern Well Servicing**

Creditor's mailing address
**1437 E Street**

**Jourdanton        TX      78026**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number            **S    0    0    1**

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
specified on lines **2.1**

Describe debtor's property that is
subject to a lien

**Mechanic's and Materialman's Lien**

Describe the lien

**Business Debt / Statutory Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$192,322.99**    Column B: **$0.00**

**2.5**

Creditor's name
**Radial Drilling Services, Inc.**

Creditor's mailing address
**4921 Spring Cypress**

**Spring          TX      77379**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number            **D    0    0    1**

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
specified on lines **2.1**

Describe debtor's property that is
subject to a lien

**Unknown**

Describe the lien

**Business Debt / Statutory Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$14,896.00**    Column B: **$0.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Deep Operating, LLC, a Texas Limited Liability Company** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-33626-H5-11** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

**Burger Law Firm**

**4151 SW Frwy #770**

**Houston**      **TX**    **77027**

Date or dates debt was incurred

**05/19/2017**

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(____)   **Attorney Fees**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**     Priority amount: **$0.00**

---

**2.2**  Priority creditor's name and mailing address

**Internal Revenue Service**

**P O Box 7346**

**Philadelphia**      **PA**    **19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll Taxes - 940/941 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$4,195.96**     Priority amount: **$4,195.96**

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**   Case number (if known)  **17-33626-H5-11**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,328.80 |
|---|---|---|---|

**448 Supply, Inc.**

**PO Box 1274**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Giddings**          **TX**      **78942**

Date or dates debt was incurred _____

Last 4 digits of account number   **8   0   0   1**

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 |
|---|---|---|---|

**A2D Technologies, Inc.**

**PO Box 733255**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**          **TX**      **75373**

Date or dates debt was incurred _____

Last 4 digits of account number   **E   0   0   1**

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,501.00 |
|---|---|---|---|

**Acme Trucking, Inc.**

**PO Box 415000**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nashville**          **TN**      **37241**

Date or dates debt was incurred _____

Last 4 digits of account number   **E   0   0   1**

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,875.00 |
|---|---|---|---|

**Alliance Crane Service, LLC**

**PO Box 579**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Brenham**          **TX**      **77834**

Date or dates debt was incurred _____

Last 4 digits of account number   **L   0   0   1**

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Deep Operating, LLC, a Texas Limited Liability Company** | Case number (if known) | **17-33626-H5-11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,726.10 |
|---|---|---|---|

**Bulldog Well Services**

**PO Box 781394**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio**          **TX**      **78278**

Basis for the claim:

**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **L**  **0**  **0**  **1**

- ☑ No
- ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76,348.88 |
|---|---|---|---|

**Cactus Pipe & Supply**

**One Greenway Plaza, Suite 325**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**          **TX**      **77046**

Basis for the claim:

**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **C**  **0**  **0**  **1**

- ☑ No
- ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,700.00 |
|---|---|---|---|

**CasedHole Solutions**

**PO Box 267**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Weatherford**          **TX**      **73096**

Basis for the claim:

**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **S**  **0**  **0**  **2**

- ☑ No
- ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,168.32 |
|---|---|---|---|

**COT Oil Tool, Inc.**

**PO Box 1619**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Giddings**          **TX**      **78942**

Basis for the claim:

**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **T**  **0**  **0**  **1**

- ☑ No
- ☐ Yes

---

| Debtor | **Deep Operating, LLC, a Texas Limited Liability Company** | Case number (if known) | **17-33626-H5-11** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9** Nonpriority creditor's name and mailing address

**Diamond P Lease & Wells Services, Inc.**

**PO Box 203**

**Dime**     **TX**    **77853**

Date or dates debt was incurred

Last 4 digits of account number    **A**   **0**   **0**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,913.07**

---

**3.10** Nonpriority creditor's name and mailing address

**Diversified Well Logging, Inc.**

**PO box 670327**

**Dallas**     **TX**    **75267**

Date or dates debt was incurred

Last 4 digits of account number    **V**   **0**   **0**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,445.00**

---

**3.11** Nonpriority creditor's name and mailing address

**Donlyn Energy Associates, Inc.**

**9610 W. Pedemales River Drive**

**Cypress**     **TX**    **77433**

Date or dates debt was incurred

Last 4 digits of account number    **N**   **0**   **0**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$40,899.48**

---

**3.12** Nonpriority creditor's name and mailing address

**Gregory Dirk Sichel**

**3900 County Line**

**Tequesta**     **FL**    **33469**

Date or dates debt was incurred

Last 4 digits of account number    **C**   **0**   **0**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,000.00**

---

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**    Case number (if known)   **17-33626-H5-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

**H & V Equipment Services Inc.**

**Harris & Greenwell**

**One Shore Plaza**

**800 North Shoreline #2800-S**

**Corpus Christi**　　　　**TX**　　**78411**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.14** Nonpriority creditor's name and mailing address

**Herman J. Schellstede & Associates, Inc.**

**109 Bridge**



**New Iberia**　　　　**LA**　　**70563**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$389,934.30**

---

**3.15** Nonpriority creditor's name and mailing address

**Internal Revenue Service**

**P O Box 7346**



**Philadelphia**　　　　**PA**　　**19101-7346**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,583.69**

---

**3.16** Nonpriority creditor's name and mailing address

**John W. Mecom, III**

**4 Mott Lane**



**Houston**　　　　**TX**　　**77024**

Date or dates debt was incurred _____

Last 4 digits of account number **C  0  0  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$46,056.98**

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**    Case number (if known)   **17-33626-H5-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.           Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.00 |

**M1 Transportation, LLC**

**11814 FM 1462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Alvin                    TX      77511**

Date or dates debt was incurred

Last 4 digits of account number       **1   0   0   1**

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,532.92 |

**Miller Consulting, Inc.**

**1000 West Avenue**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin                   TX      78701**

Date or dates debt was incurred

Last 4 digits of account number       **L   0   0   1**

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.00 |

**Pioneer Oilfield Trucking, Inc.**

**PO Box 5774**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Victoria                 TX      77903**

Date or dates debt was incurred

Last 4 digits of account number       **O   0   0   1**

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,536.84 |

**Premier Pressure Pumping, Inc.**

**PO Box 3567**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Longview                 TX      75606**

Date or dates debt was incurred

Last 4 digits of account number       **E   0   0   1**

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**      Case number (if known)   **17-33626-H5-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Pruitt's Frac Tanks**

**c/o Melton Norcorss**

**2591 Dallas Parkway #300**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Frisco**          **TX**    **75034**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Radial Drilling Services, Inc.**

**4921 Sprinbg Cypress**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Spring**          **TX**    **77379**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   **D  0  0  1**

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,300.00** |
|---|---|---|---|

**RI-NU Environmental Services Milano, LL**

**PO Box 95457**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Grapevine**        **TX**    **76099-9752**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   **R  I  N  U**

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,255.94** |
|---|---|---|---|

**Roywell, LLC**

**3040 Post Oak Blvd, Suitte 1450**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**          **TX**    **77056**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   **Y  0  0  1**

---

| Debtor | **Deep Operating, LLC, a Texas Limited Liability Company** | Case number (if known) | **17-33626-H5-11** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$126,041.63** |

**Spike Trust Consulting**

**1707 Post Oak Blvd, Suite 301**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77056** |

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **P    I    K    E**

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**State of Texas**

**Revenue Accounting Division**

**Bankruptcy Division**

**P.O. Box  13528**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Austin** | **TX** | **78711-3528** |

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,316.00** |

**Texas Swabbing Services, Inc.**

**PO Box 5781**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Kingsville** | **TX** | **78364** |

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **E    X    0    3**

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,580.00** |

**TNH Transport**

**PO Box 1276**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Portland** | **OR** | **78374** |

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **H    0    0    1**

---

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**   Case number (if known)   **17-33626-H5-11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,785.58 |

Check all that apply.

**TOMAX**

**25614 Windy Isle CT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Spring**          **TX**     **77389**          **Business Debt**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number   **M   0   0   1**          ☒ No
                                                            ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81,023.39 |

Check all that apply.

**TP Services**

**PO Box 421328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston**          **TX**     **77242**          **Business Debt**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number   **P   0   0   1**          ☒ No
                                                            ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,623.56 |

Check all that apply.

**Universal Wellhead**

**5729 Leopard Street, Bldg 9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Corpus Christi**          **TX**     **78408**          **Business Debt**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number   **I   0   0   2**          ☒ No
                                                            ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,493.00 |

Check all that apply.

**WeatherFord**

**2000 St. James Place**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:

**Houston**          **TX**     **77056**          **Unsecured Debt**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number   **3   8   9   2**          ☒ No
                                                            ☐ Yes

Debtor    **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known)  __17-33626-H5-11__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Weatherford - Precision Energy Services**

**PO Box 301003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Dallas**                    **TX**      **75303**          **Basis for the claim:**

Date or dates debt was incurred                              **Notice Only**

Last 4 digits of account number      **A   0   0   1**        Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Western Specialized**

**PO Box 1574**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$73,271.09**

**Kingsville**                **TX**      **78364**          **Basis for the claim:**

Date or dates debt was incurred                              **Business Debt**

Last 4 digits of account number      **S   0   0   1**        Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Yellow Jacket Oilfield Services, LLC**

**PO Box 678349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$40,425.38**

**Dallas**                    **TX**      **75267**          **Basis for the claim:**

Date or dates debt was incurred                              **Business Debt**

Last 4 digits of account number      **L   0   0   1**        Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**    Case number (if known)  **17-33626-H5-11**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **American Arbitration Assoc** <br> **13727 Noel Rd #700** <br> <br> **Dallas          TX     75240** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.2  **Andrew Greenwell** <br> **Harris & Greenwell** <br> **One Shoreline Plaza** <br> **800 N. Shoreline Blvd, Sutie 2800-S** <br> **Corpus Christi     TX     78401** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.3  **Andrew Myers** <br> **ATT: William K Andrews, Esq** <br> **3900 Essex Lane #800** <br> <br> **Houston          TX     77027-5198** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.4  **Bulldog Well Services** <br> **c/o Allan R. Manka Esq** <br> **13750 San Pedro Ave #410** <br> <br> **San Antonio     TX     78232** | Line _____ <br> ☑ Not listed.  Explain: <br> **Business Debt** | __ __ __ __ |
| 4.5  **Deep Exploration LLC** <br> **9745 KAty Frwy** <br> <br> <br> **Houston          TX     77024** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.6  **Diamond P Lease & Service Inc.** <br> **c/o Nisimblat & Basart PLLC** <br> **301 E. Third St, Box  4154** <br> **Alice, TX 7833-4154** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor **Deep Operating, LLC, a Texas Limited Liability Company**   Case number (if known) **17-33626-H5-11**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.7**   **Doré Law Group**

**17171 Park Row, Suite 160**

**Houston          TX      77084**

**Attorneys for Mesa Southern Well Servicing, LP**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.8**   **E. F. Mano De Ayala, Esq.**

**2229 San Felipe #1000**

**Houston          TX      77019**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.9**   **Giancarlo Nisimblat, Esq.**

**c/o Nisimblat & Basart PLLC**

**301 E. Third St, Box  4154**

**Alice, TX 7833-4154**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.10**   **Glenn Deadman, Esq.**

**Glenn Deadman, PC**

**1515 St. Mary's Street**

**San Antonio          TX      78215**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.11**   **Internal Revenue Service**

**SPB - Insolvency Section I**

**1919 Smith, Stop 5024-HOU**

**Houston          TX      77002**

Line _____

☑ Not listed.  Explain:
**Federal tax**

___ ___ ___ ___

**4.12**   **Javier Arellan0**

**9545 Katy Frwy #400**

**Houston          TX      77024**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.13**   **Key #1**

**Cambi Lynn Key**

**8417 Wildwood Circle**

**College Station          TX      77845**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**  Case number (if known)  **17-33626-H5-11**

| **Part 3:** | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Mesa Southern Well Servicing, LP**<br>**c/o Doré Law Group, PC**<br>**17171 Park Row, Suite 160**<br><br>**Houston**          **TX**     **77084** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.15 | **Owens Grindle #1**<br>**Corey McIrwin**<br>**501 1/2 Miller St**<br><br>**Rockdale**          **TX**     **76567** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.16 | **Phoenix Services LLC**<br>**c/o Phoenix Services LLC**<br>**REg Agent MARK H FISHER**<br>**10260 WESTHEIMER RD STE 24**<br>**HOUSTON**          **TX**     **77042-3147** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.17 | **Premier Pressure Pumping, Inc.**<br>**C/O Kenneth C. Goolsby ESQ**<br>**1800 NW Loop 281, Suite 303**<br><br>**Longview**          **TX**     **75604** | Line _____<br><br>☑ Not listed.  Explain:<br>**Business Debt** | __ __ __ __ |
| 4.18 | **Pruitt Frac Tanks**<br>**c/o Phoenix Services LLC**<br>**REg Agent MARK H FISHER**<br>**10260 WESTHEIMER RD STE 24**<br>**HOUSTON**          **TX**     **77042-3147** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.19 | **Pruitt Frac Tanks**<br>**10260 WESTHEIMER RD STE 240**<br><br><br>**HOUSTON**          **TX**     **77042-3147** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.20 | **RN Von Gonten #1**<br>**RN Van Gonten #2**<br>**Robert Von Gonten**<br>**2425 CR 302**<br>**Rockdale**          **TX**     **76567** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**      Case number (if known)  **17-33626-H5-11**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.21 | **Texas Workforce Commission** <br> **TEC Bldg. - Bankruptcy** <br> **101 E. 15th Street, Room 354** <br><br> **Austin          TX     78778-0001** | Line _____ <br> ☑ Not listed. Explain: <br> **Unsecured Debt** | __ __ __ __ |
| 4.22 | **Thornton #1** <br> **c/o Clayton B** <br> **Po Box 309** <br><br> **Rockdale          TX     76567** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.23 | **U.S. Department of the Treasury** <br> **Internal Revenue Service** <br><br><br> **Austin          TX     73301-0030** | Line _____ <br> ☑ Not listed. Explain: <br> **Federal tax** | __ __ __ __ |
| 4.24 | **United States Trustee** <br> **1000 Louisiana  #2300** <br> **Houston, TX  77002** <br> **ATT: Stephen D Statham Esq** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.25 | **US Attorney** <br> **Southern District of Texas** <br> **1000 Louisiana, Ste. 2300** <br><br> **Houston          TX     77002** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.26 | **William K. Andrews** <br> **Andrews Myers** <br> **3900 Essex Lane, Suite 800** <br><br> **Houston          TX     77027** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**      Case number (if known)   **17-33626-H5-11**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.   **Total claims from Part 1**                5a.   **$4,195.96**

5b.   **Total claims from Part 2**                5b. **+**   **$1,065,045.95**

5c.   **Total of Parts 1 and 2**                5c.   **$1,069,241.91**
       Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Deep Operating, LLC, a Texas Limited Liability Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-33626-H5-11**          Chapter **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**                  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Model Joint Operating Agreement between, Debtor, PPV Energy, LLC, and Deep Energy Exploration Partnersl LLC; dated May 6, 2016. Contract to be ASSUMED** | **Deep Operating, LLC & PPV Energy, LLC** <br> **1600 acres in Milam County, TX** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Model Joint Operating Agreement, dated June 24, 2014; in St. Martin Parish, Louisiana. Township 8 South, Range 5 East Contract to be ASSUMED** | **Deep Operating, LLC, Deep Energy** <br> **Exploration LLC, and KinnicKinnick Expl.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Master Servicing Agreement dated July 22, 2016** <br> **Contract to be ASSUMED** | **WeatherFord International, LLC** <br> **2000 St. James Place** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston          TX      77056** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Deep Operating, LLC, a Texas Limited Liability Company** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-33626-H5-11** |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_  **Codebtor** | | _Column 2:_  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |

**Fill in this information to identify the case:**

Debtor Name **Deep Operating, LLC, a Texas Limited Liability Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **17-33626-H5-11**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

**1.**   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
        Copy line 88 from Schedule A/B.................................................................................................

| | |
|---|---|
| | **$0.00** |

    1b.   **Total personal property:**
        Copy line 91A from Schedule A/B.............................................................................................

| | |
|---|---|
| | **$1,534,497.95** |

    1c.   **Total of all property**
        Copy line 92 from Schedule A/B................................................................................................

| | |
|---|---|
| | **$1,534,497.95** |

### Part 2:    Summary of Liabilities

**2.**   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.....................................

| | |
|---|---|
| | **$385,610.83** |

**3.**   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................

| | |
|---|---|
| | **$4,195.96** |

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..............................

| | |
|---|---|
| **+** | **$1,065,045.95** |

**4.**   **Total liabilities**
    Lines 2 + 3a + 3b..........................................................................................................................

| | |
|---|---|
| | **$1,454,852.74** |

**Fill in this information to identify the case and this filing:**

Debtor Name __**Deep Operating, LLC, a Texas Limited Liability Company**__

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   __**17-33626-H5-11**_____
(if known)

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          X **/s/ Javier Arellano**_____
         MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                        **Javier Arellano**_____
                                        Printed name
                                        **Chief Executive Officer**_____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Deep Operating, LLC, a Texas Limited Liability Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-33626-H5-11**
(if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

| | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2017** <br> MM / DD / YYYY | to | Filing date | ☑ Operating a business <br> ☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2016** <br> MM / DD / YYYY | to | **12/31/2016** <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$0.00** |
| **For the year before that:** | From **01/01/2015** <br> MM / DD / YYYY | to | **12/31/2015** <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$100,000.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer <br> *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Exhibit A** <br> Creditor's name <br><br> Street <br><br><br> City          State    ZIP Code | | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**            Case number (if known)  **17-33626-H5-11**
        Name

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See, Exhibit B** | | | |
| | Insider's name | | | |
| | Street | | | |
| | | | | |
| | City                    State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | **Spike Trust Consulting** | | **$173,000.00** | **Entitiy provided consulting services to the Debtor within one year of the filing.  Entitiy was the primary contact with the financing group for the Sleeping Giant project, which was a Deep Operating project.  He also had an office in the Katy Fway headquarters and advised the Debtor about financial and strategic issues.** |
| | Insider's name | | | |
| | **1707 Post Oak Blvd, Suite 301** | | | |
| | Street | | | |
| | | | | |
| | **Houston**            **TX**      **77056** | | | |
| | City                    State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Consultant** | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Debtor | **Deep Operating, LLC, a Texas Limited Liability Company** | Case number (if known) | **17-33626-H5-11** |
|---|---|---|---|
| | Name | | |

## Part 3:   Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Deep Operating, LLC v. ARS Contracting, LLC** | **Arbitration** | **American Arbitratilon Association** <br> Name <br><br> **Central Case Management Center** <br> Street <br> **13727 Noel Road, Suite 700** | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **01-17-0001-3057** | | **Dallas**          **TX**    **75240** <br> City                State   ZIP Code | |
| 7.2. | **Bulldog Well Service vs Deep Operating LLC** | **civil** | **45 Judiical Bexar County** <br> Name <br><br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2017-C-103762** | | <br> City                State   ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known)  **17-33626-H5-11**
       Name

---

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Burger Law Firm** | | **05/19/2017** | **$20,000.00** |

**Address**

**4151 SW Frwy #770**
Street

**Houston**          **TX**   **77027**
City              State  ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**      Case number (if known)  **17-33626-H5-11**
Name

---

### Part 8:      Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

### Part 9:      Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

     Does the debtor have a privacy policy about that information?
       ☐ No.
       ☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
       ☐ No.  Go to Part 10.
       ☐ Yes.  Fill in below:

---

### Part 10:      Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor  **Deep Operating, LLC, a Texas Limited Liability Company**          Case number (if known)  **17-33626-H5-11**
_____
Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| 25.1. **Wind Rush** <br> Name <br><br> Street <br><br><br> City          State  ZIP Code | **100% owenrship in Wind Rush ____. Company is not working.  It has a 30% working interest in an oil and gas field in California but the leases have expired, there is no production, and delay rentals have not been paid.  The company has significant liabilities and limited assets.  There is no realizable marketable value in this entity.** | Do not include Social Security number or ITIN. <br><br> EIN: __ __ – __ __ __ __ __ __ __ <br><br><br> Dates business existed <br><br> From _____  To _____ |

Debtor **Deep Operating, LLC, a Texas Limited Liability Company**       Case number (if known) **17-33626-H5-11**
Name

| | |
|---|---|
| **Business name and address** | **Describe the nature of the business** |

25.2. **Deep Energy Exploration Partners, LLC**
Name

**9545 Katy Freeway, Suite 400**
Street

**Houston                  TX     77024**
City                          State    ZIP Code

**Describe the nature of the business**
Debtor is a wholy-owned subsidiary of Deep Energy Exploration Partners, LLC., a Texas limited liability company.

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Dates business existed**

From _____ To _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | **Dates of service** |
|---|---|

26a.1. **McElroy, Quirk & Burch,**
Name
**PO Box 3070**
Street

**Lake Charles          LA       70602**
City                          State    ZIP Code

From **01/2014** To **Present**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Javier Arellano | 9545 Katy Fwy, Suite 400 Houston, TX 77024 | Chief Executive Officer | |
| Deep Energy Exploration Partner | 9545 Katy Freeway, Suite 400 Houston, TX 77024 | Sole Member interest holder of the Debtor / Member interest holder | 100% |
| John Mecom, III | 9545 Katy Fwy, Suite 400 Houston, TX 77024 | Officer / President | |
| Abby Broussard | 9545 Katy Fwy, Suite 400 Houston, TX 77024 | | |

Debtor **Deep Operating, LLC, a Texas Limited Liability Company**  Case number (if known) **17-33626-H5-11**
Name

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-----------------------------------------------------|-------|--------------------------------|

30.1.  **See, Exhibit B**
Name
_____
Street
_____
City          State   ZIP Code

**Relationship to debtor**
_____

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

Name of the parent corporation                     Employer Identification number of the parent corporation
**Deep Energy Exploration Partners, LLC**             EIN: **4   6 – 4   5   8   9   9   5   2**

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Part 14: | Signature and Declaration |
|----------|---------------------------|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                MM / DD / YYYY

X **/s/ Javier Arellano**                              Printed name  **Javier Arellano**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Deep Operating, LLC, a Texas Limited Liability Company**          Case No.   **17-33626-H5-11**

                                                                            Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................Fixed Fee:    **$20,000.00**

Prior to the filing of this statement I have received.......................................    **$20,000.00**

Balance Due.............................................................................................    **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _____ | **/s/ John V. Burger** |
| *Date* | *John V. Burger*           Bar No.  03378650 |
| | Burger Law Firm |
| | 4151 Southwest Freeway |
| | Suite 770 |
| | Houston TX 77027 |
| | Phone: (713) 960-9696 / Fax: (713) 961-4403 |

---

  **/s/ Javier Arellano**
_____

*Javier Arellano*
*Chief Executive Officer*

**Fill in this information to identify the case:**

Debtor name   **Deep Operating, LLC, a Texas Limited Liability Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-33626-H5-11**
(if known)

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Herman J. Schellstede & Associates, Inc. 109 Bridge New Iberia, LA 70563 | | Business Debt | Contingent Unliquidated Disputed | | | $389,934.30 |
| 2  Mesa Southern Well Servicing 1437 E Street Jourdanton, TX 78026 | | Business Debt | | $192,322.99 | $0.00 | $192,322.99 |
| 3  Spike Trust Consulting 1707 Post Oak Blvd, Suite 301 Houston, TX 77056 | | Business Debt | | | | $126,041.63 |
| 4  H&V Equipment Services, Inc. 442 Highway 77 Corpus Christi, TX 78410 | | Business Debt | Contingent Unliquidated Disputed | $85,396.23 | $0.00 | $85,396.23 |
| 5  TP Services PO Box 421328 Houston, TX 77242 | | Business Debt | | | | $81,023.39 |

Debtor   **Deep Operating, LLC, a Texas Limited Liability Company**   Case number (if known) **17-33626-H5-11**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Cactus Pipe & Supply One Greenway Plaza, Suite 325 Houston, TX 77046 | | Business Debt | | | | $76,348.88 |
| 7  Western Specialized PO Box 1574 Kingsville, TX 78364 | | Business Debt | | | | $73,271.09 |
| 8  Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | | Payroll Taxes - 940/941 Taxes | | $49,666.61 | $0.00 | $49,666.61 |
| 9  John W. Mecom, III 4 Mott Lane Houston, TX 77024 | | Business Debt | | | | $46,056.98 |
| 10  ARS Contracting, LLC PO Box 384 Jourdanton, TX 78025 | | Business Debt | Contingent Unliquidated Disputed | $43,329.00 | $0.00 | $43,329.00 |
| 11  Donlyn Energy Associates, Inc. 9610 W. Pedemales River Drive Cypress, TX 77433 | | Business Debt | Contingent Unliquidated Disputed | | | $40,899.48 |
| 12  Yellow Jacket Oilfield Services, LLC PO Box 678349 Dallas, TX 75267 | | Business Debt | | | | $40,425.38 |
| 13  WeatherFord 2000 St. James Place Houston, TX 77056 | | Unsecured Debt | Contingent Unliquidated Disputed | | | $32,493.00 |

| Debtor | **Deep Operating, LLC, a Texas Limited Liability Company** | Case number (if known) **17-33626-H5-11** |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Premier Pressure Pumping, Inc. PO Box 3567 Longview, TX 75606 | | Business Debt | | | | $28,536.84 |
| 15  Bulldog Well Services PO Box 781394 San Antonio, TX 78278 | | Business Debt | | | | $26,726.10 |
| 16  Universal Wellhead 5729 Leopard Street, Bldg 9 Corpus Christi, TX 78408 | | Business Debt | | | | $19,623.56 |
| 17  Roywell, LLC 3040 Post Oak Blvd, Suitte 1450 Houston, TX 77056 | | Business Debt | | | | $16,255.94 |
| 18  Gregory Dirk Sichel 3900 County Line Tequesta,  FL 33469 | | Business Debt | Contingent Unliquidated Disputed | | | $15,000.00 |
| 19  Radial Drilling Services, Inc. 4921 Spring Cypress Spring, TX 77379 | | Business Debt | | $14,896.00 | $0.00 | $14,896.00 |
| 20  Texas Swabbing Services, Inc. PO Box 5781 Kingsville, TX 78364 | | Business Debt | | | | $8,316.00 |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          page 3